CENTER FOR DISABILITY ACCESS
Naomi Butler, Esq, SBN 332664
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
naomib@potterhandy.com

Attorney for Plaintiff

LAW OFFICES OF STEPHEN ABRAHAM
Stephen E. Abraham, Esq. (State Bar No.172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendants Del Mateo Rental LLC; Natalia Montufar

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **Del Mateo Rental LLC,** a California Limited Liability Company**; Natalia Montufar**; <br><br> Defendant. | Case No.: 3:21-CV-09995-AGT <br><br> **AMENDED JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (A)(1)(A)(II)** |

**AMENDED STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed <u>with</u> prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

DATED: January 4, 2023                    CENTER FOR DISABILITY ACCESS

                                          By: /s/ *Naomi Butler*
                                          NAOMI BUTLER

                                          ATTORNEY FOR PLAINTIFF

DATED: January 4, 2023                    LAW OFFICES OF STEPHEN ABRAHAM

                                          BY: /S/ *STEPHEN E. ABRAHAM*
                                          STEPHEN E. ABRAHAM, ESQ

                                          ATTORNEY FOR DEFENDANTS